447 A.2d 645

Estate of Rebecca Fleet.

Appeal of Jerome Fleet Cowden.

Petition for Allowance of Appeal Denied Aug. 27, 1982.

Argued December 16, 1981. Jerome Fleet Cowden, in propria persona, appellant; Robert W. Costigan, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Decree affirmed.

BECK, J., concurred in the result.

447 A.2d 645

Freisleben, Appellants v. Aetna Life & Casualty Ins., Co.

Argued December 2, 1980. Raymond J. Falzone, Jr., for appellants; Edward S. Lawhorne, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

The order and judgment of the Court of Common Pleas of Delaware County is affirmed.